UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Judge Mattice |
| v. | ) | |
| | ) | No. 1:18-cr-167-HSM-SKL-1 |
| MICHAEL CURTIS | ) | |

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (4) defer a decision on whether to accept the Plea Agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc. 40]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 40] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)　Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2)　Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)　Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(4)　A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **April 10, 2020 at 2:00 p.m. [EASTERN]** before a District Judge.

**SO ORDERED.**

**ENTER:**

                                                */s/ Harry S. Mattice, Jr.*
                                                HARRY S. MATTICE, JR.
                                          UNITED STATES DISTRICT JUDGE